UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>            Defendants. | Case No. CV 21-3347-CJC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants County of Los Angeles and Los Angeles County Sheriff's Department's Motion for Judgment on the Pleadings is DENIED.

Dated: December 20, 2021

_____
HONORABLE CORMAC J. CARNEY
United States District Judge