UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LECIA L. SHORTER,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>              Defendant(s). | Case No. CV 21-3347-CJC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Plaintiff's Motion to Amend the Complaint is DENIED; (2) Plaintiff's Motion for Partial Summary Judgment is DENIED; and (3) Plaintiff's state law claims are DISMISSED with prejudice and without leave to amend.

Dated: August 23, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge